Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james@agrusslawfirm.com

*Attorneys for Plaintiff, ZACHARY RICE*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ZACHARY RICE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PINNACLE SERVICES INC., *doing business* ) <br> *as* Summit Collection Services; and BRIAN ) <br> C. CHEW, ) <br> Defendant. ) <br> ) <br> ) | Case 3:23-cv-00262-LRH-CLB <br><br> **NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that effective immediately Plaintiff's counsel, *pro hac vice*, James J. Parr, has a change of mailing address to:

> AGRUSS LAW FIRM, LLC
> 1301 W. 22nd St, Suite 711
> Oak Brook, IL 60523

All other contact information for counsel remains the same.

DATED: July 29, 2023

                                                                 Respectfully submitted,
                                                                 AGRUSS LAW FIRM, LLC

By: /s/ James J. Parr
     James J. Parr
     *Admitted Pro Hac Vice*
        -and-
     Craig B. Friedberg
     LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
     *Attorneys for Plaintiff*, ZACHARY RICE

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr