**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ZACHARY RICE,<br><br>　　　　Plaintiff,<br>　v.<br><br>PINNACLE SERVICES INC., *doing business as*, Summit Collection Services; and BRIAN C. CHEW<br>　　　　Defendant. | Case No.: 3:23-cv-00262-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff, ZACHARY RICE, and Defendants, PINNACLE SERVICES INC., *doing business as*, Summit Collection Services and BRIAN CHEW, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

1

| | |
|---|---|
| DATED: May 1, 2024 | RESPECTFULLY SUBMITTED BY: |
| /s/ James J. Parr | /s/ Clifton Young |
| James J. Parr | Clifton Young |
| Agruss Law Firm, LLC | 80 Continental Drive, Suite 101 |
| 1301 W. 22nd St, Suite 711 | Reno, Nevada 89509 |
| Oak Brook, IL 60523 | Tel: 775-323-1898 |
| Tel: 312-224-4695 | Fax: 775-786-3388 |
| Fax: 312-253-4451 | cliffyounglaw@yahoo.com |
| james.parr@844seemike.com | Attorney for Defendant |
| Attorney for Plaintiff | |

**ORDER**

Pursuant to the Stipulation between the Parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, with both sides to bear their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss this action, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

DATED this 3rd day of May, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT

2